# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JERRY BLASINGAME, : <br> : <br> *Plaintiff,* : <br> : Case No. 1:19-CV-2047-SCJ <br> v. : <br> : <br> OFFICER J. GRUBBS #6416, : <br> and CITY OF ATLANTA/ : <br> ATLANTA POLICE DEPARTMENT, : <br> : <br> *Defendants.* : | |

_____

## NOTICE OF FILING OF CORRECTED EXHIBITS RELATED TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NOTICE IS HEREBY GIVEN that on this 1st day of June, 2021, Plaintiff, Jerry Blasingame, served the foregoing corrected exhibits related to Plaintiff's Motion for Summary Judgment (Doc. #75), which shall replace the incomplete deposition transcripts of Defendant Jon Grubbs and Steve McCallum (Doc. #'s 75-1, 75-3).

                                            Respectfully Submitted,

                                            JOHNSON LAW, PLC

Dated: June 1, 2021        By:   */s/ Solomon M. Radner*
                                                Solomon M. Radner (*pro hac vice*)
                                                MI Bar No. P73653
                                                Attorney for Plaintiff
                                                535 Griswold, Suite 2632
                                                Detroit, MI 48226
                                                (313) 324-8300

## CERTIFICATE OF SERVICE

      Undersigned hereby states that on June 1, 2021, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system.

                    */s/ Solomon M. Radner*
                    Solomon M. Radner, Esq.