UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA GEORGIA

| | |
|---|---|
| JERRY BLASINGAME, | . |
| Plaintiff, | . |
| v. | . Case No. 1:19-cv-2047-SCJ<br>. MAG. JUDGE CHRISTOPHER BLY |
| OFFICER J. GRUBBS, #6416,<br>and CITY OF ATLANTA/<br>ATLANTA POLICE DEPARTMENT | . |
| Defendants. | . |

_____

## STIPULATED ORDER TO DELINEATE CAPTION

Pursuant to the Stipulation of the parties, and the court being otherwise fully advised in the premises;

IT IS ORDERED that in the case caption Plaintiff may delineate Plaintiff "Jerry Blasingame" as The Estate of Jerry Blasingame, an incapacitated person by and through Keith Edwards, as appointed Guardian and Conservator for Jerry Blasingame."

1

**IT IS SO ORDERED.**

_____
Magistrate Judge Christopher C. Bly
United States District Court Judge

Dated: _____

APPROVED FOR ENTRY:

| | |
|---|---|
| */s/Ven R. Johnson* | */s/ Darren M. Tobin (w/consent)* |
| VEN R. JOHNSON (P39219) | DARREN M. TOBIN |
| SOLOMON RADNER(73653) | TOBIN INJURYLAW |
| JOHNSON LAW, PLC | Attorney for Plaintiff |
| Attorneys for Plaintiff | 267 W. Wieuca Road, NE, Suite 204 |
| 535 Griswold Street, Suite 2600 | Atlanta, GA 30342 |
| Detroit, MI 48226 | (404) 587-8423 |
| (313) 324-8300 | darren@tobininjury.com |
| vjohnson@venjohnsonlaw.com | |

*/s/ Staci Miller ( w/consent*
STACI MILLER (601594)
Attorneys for Defendants
City of Atlanta Law Department
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546-4100
sjmiller@atltantga.gov