# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-02047-SCJ
## Blasingame v. Grubbs et al
## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 02/04/2022.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 1:05 P.M.          TAPE NUMBER: FTR
TIME IN COURT: 3:05                      DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Ayanna Hatchett, Vernon Johnson, and Darren Tobin representing Jerry Blasingame

Staci Miller, Alisha Marie Nair, and Hermise Pierre representing The City of Atlanta and Officer J. Grubbs

OTHER(S) PRESENT: Keith Edwards - Plaintiff's conservator

PROCEEDING CATEGORY: Settlement Conference

MINUTE TEXT: The parties participated in a settlement conference. The parties did not reach a settlement agreement. Judge Bly terminated as settlement judge.