# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA GEORGIA

| | |
|---|---|
| JERRY BLASINGAME, | . |
| Plaintiff, | . |
| | . |
| v. | Case No. 1:19-cv-2047-SCJ |
| OFFICER J. GRUBBS, #6416, and CITY OF ATLANTA/ ATLANTA POLICE DEPARTMENT | . |
| Defendants. | . |

## PROPOSED ORDER REGARDING ELECTRONIC EQUIPMENT

Pursuant to Local Rule 83.4 for the Northern District of Georgia and by direction of the Court, it is hereby ORDERED that Mr. Vernon R. Johnson and Ms. Ayanna Hatchett, counsel for Plaintiff, and Mr. Steven Hnat, Plaintiff's Jury Consultant, IT Tech-Legal Technology Services (will provide name upon receipt) each be allowed to bring the following equipment to Courtroom 1907 on the 19th floor for the United States Courthouse for the purpose of presentation of evidence or perpetuation of the record beginning Monday, August 8, 2022 and continuing day to day thereafter until the conclusion of trial in this matter:

1. Laptop computer
2. Cellular telephone
3. Tablet
4. Any associated cabling or other supportive devices
5. Flash drives, portable stands for equipment
6. Video screens
7. Data cards
8. Discs
9. Speakers
10. Portable stands for equipment
11. Easels

The individual(s) seeking to enter with the equipment will be required to produce proper identification upon entering the security station located at either entrance to the Richard B. Russel Federal Building.

IT IS SO ORDERED, this _____ day of August, 2022.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE