IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KEITH EDWARDS, as guardian and
conservator for Jerry Blasingame,

    Plaintiff,

v.

OFFICER J. GRUBBS # 6416 and
THE CITY OF ATLANTA,

    Defendants.

CIVIL ACTION FILE

No. 1:19-CV-2047-SCJ

## ORDER

This matter appears before the Court to perfect the record regarding post-trial briefing for Defendants' renewed motions for judgment as a matter of law. As stated in Court, Defendants shall file their renewed motion on the docket by August 26, 2022. Plaintiff shall have seven days to submit briefing regarding the motion, and Defendants shall have seven days to respond. Thus, Plaintiff's brief shall be filed by no later than September 2, 2022, and Defendants' responsive brief shall be filed by no later than September 9, 2022.

This Order does not affect post-trial briefing scheduling regarding other post-trial matters.

**IT IS SO ORDERED** this 26th day of August, 2022.

_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE