IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH EDWARDS as Guardian and Conservator for JERRY BLASINGAME, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER J. GRUBBS, #6416; and CITY OF ATLANTA/ATLANTA POLICE DEPT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) FILE NO: 1:19-CV-2047-SCJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CITY DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE 50

**COME NOW**, Defendants City of Atlanta and Officer J. Grubbs (collectively, "City Defendants") and herein renew their motions for judgment as a matter of law pursuant to Rule 50. On August 24, 2022, the City Defendants moved for judgment as a matter of law as to all of Plaintiffs' claims. After the jury's verdict, the City Defendants renewed their motions orally. In accordance with the Court's Order, the City Defendants are filing the present pleading and request the Court's ruling granting the City Defendants' motions.

*[SIGNATURE ON FOLLOWING PAGE]*

1

This the 26th day of August 2022.

                              **RESPECTFULLY SUBMITTED,**

                              */s/ Staci J. Miller*
                              **STACI J. MILLER**
                              Attorney
                              Georgia Bar No.  601594
                              sjmiller@atlantaga.gov
                              (404) 546-4083 *direct*
                              ***Attorneys for City Defendants***

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
Office: (404) 546-4100
Fax: 404-225-5657

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **KEITH EDWARDS as Guardian and Conservator for JERRY BLASINGAME,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**OFFICER J. GRUBBS, #6416; and CITY OF ATLANTA/ATLANTA POLICE DEPT,** )<br>)<br>)<br>**Defendants.** )<br>_____) | ) **CIVIL ACTION**<br>) **FILE NO: 1:19-CV-2047-SCJ** |

## **CERTIFICATION**

Counsel for the City Defendants hereby certifies that the foregoing has been prepared with Times New Roman font, 14 point, and therefore it complies with the requirements of L.R. 5.1(C).

                                                 Respectfully Submitted,

                                                 */s/ Staci J. Miller*
                                                 **STACI J. MILLER**
                                                 Attorney
                                                 Georgia Bar No. 601594
                                                 Phone: 404-546-4083
                                                 Email: sjmiller@atlantaga.gov
                                                 ***Attorneys for City Defendants***

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH EDWARDS as Guardian and Conservator for JERRY BLASINGAME, <br><br>Plaintiff, <br><br>v. <br><br>OFFICER J. GRUBBS, #6416; and CITY OF ATLANTA/ATLANTA POLICE DEPT, <br><br>Defendants. | ) ) ) ) ) ) CIVIL ACTION ) FILE NO: 1:19-CV-2047-SCJ ) ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the following:

- **CITY DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE 50**

via the CM/ECF Electronic Filing System upon all counsel of record.

This 26th day of August, 2022.

                                                              **RESPECTFULLY SUBMITTED,**

                                                              */s/ Staci J. Miller*
                                                              **STACI J. MILLER**
                                                               Attorney
                                                              Georgia Bar No. 601594
                                                              Phone: 404-546-4083

Email: sjmiller@atlantaga.gov
***Attorneys for City Defendants***

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue SW, Suite 5000
Atlanta, Georgia 30303
Office: (404) 546-4100
Fax: 404-225-5657