# VERDICT FORM:

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 26 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**Do you find from a preponderance of the evidence;**

1. That Jerry Blasingame was subjected to excessive or unreasonable force by Defendant Officer Jon Grubbs?

    Answer Yes or No    Yes

*If your answer is "Yes," go to the next question. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

**Do you find from a preponderance of the evidence;**

2. That Jerry Blasingame's injuries wouldn't have happened without Defendant Officer Grubbs' conduct; and that Jerry Blasingame's injuries were a reasonably foreseeable consequence of Defendant Officer Grubbs' conduct?

    Answer Yes or No    Yes

3. That Defendant Officer Grubbs' actions, in attempting to arrest Jerry Blasingame, were "under color" of law?

    Answer Yes or No    Yes

*If your answer is "Yes" to questions  2  and  3 , then you must decide the issue of damages against Defendant Officer Jon Grubbs.*

1

4. That Plaintiff should be awarded compensatory damages against Defendant Officer Grubbs?

    Answer Yes or No    Yes

5. If your answer is "Yes," in what amount?   $ 20 Million

6. That punitive damages should be assessed against Defendant Officer Jon Grubbs?

    Answer Yes or No    Yes

If your answer is "Yes," in what amount?   $ 20 Million

**Do you find from a preponderance of the evidence;**

7. That Plaintiff has proved that an official policy or custom of the City of Atlanta was the moving force behind Jerry Blasingame's injuries?

    Answer Yes or No    Yes

*If your answer is "Yes" to this question, then you must decide the issue of damages against the City of Atlanta. If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. _____.*

8. That Plaintiff should be awarded compensatory damages against The City of Atlanta?

    Answer Yes or No    Yes

If your answer is "Yes," in what amount?   $ 60 Million

2

SO SAY WE ALL.

*Heidi D Evans*
Foreperson's Signature

DATE: Aug. 26, 2022