UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KEITH EDWARDS, *as Guardian and Conservator for Jerry Blasingame*,<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>OFFICER J. GRUBBS, *#6416* and THE CITY OF ATLANTA,<br>　　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:19-CV-2047-SCJ |

## J U D G M E N T

This action having come before the Court for a trial by jury, the Honorable Steve C. Jones presiding, for consideration of Defendants' Renewed Motion for Judgment as a Matter of Law Pursuant to Federal Rules of Civil Procedure 50(b), and the jury having rendered its verdict and the Court having ruled upon said motion, it is

**Ordered and Adjudged** that judgment is hereby entered in favor of the City of Atlanta and against Officer J. Grubbs awarding Plaintiff Keith Edwards, as Guardian and Conservator for Jerry Blasingame, compensatory damages in the amount of $20 Million and punitive damages in the amount of $20 Million. This action is hereby dismissed and Plaintiff shall recover costs of the action as allowed by law.

Dated at Atlanta, Georgia, this 22nd day of September, 2022.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　　　By:  s/ D. McGoldrick
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 22, 2022

Kevin P. Weimer
Clerk of Court

By: s/ D. McGoldrick
    Deputy Clerk