# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KEITH EDWARDS, as guardian and
conservator for JERRY BLASINGAME,

      Plaintiff,

v.

OFFICER J. GRUBBS, #6416, and CITY
OF ATLANTA/ATLANTA POLICE
DEPARTMENT,

      Defendants.

CIVIL ACTION NO.
1:19-cv-02047-SCJ

## DEFENDANT OFFICER J. GRUBBS' MOTION FOR RELIEF FROM JUDGMENT OR, IN THE ALTERNATIVE, REMITTITUR OF PUNITIVE DAMAGES AWARD

Defendant Officer J. Grubbs, by and through his undersigned counsel, respectfully submits this Motion for Relief from Judgment, or in the alternative, Motion for Remittitur pursuant to Federal Rule of Civil Procedure 60(b)(6).

[Signatures on following page]

Respectfully submitted this 23rd day of December, 2022.

/s/ Staci J. Miller
Staci J. Miller
Georgia Bar No.: 601594
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, GA 30303
Tel: 404.546.4100
sjmiller@atlantaga.gov

/s/ Hermise Pierre
Hermise Pierre
Georgia Bar No.: 597541
City of Atlanta Law Department
55 Trinity Avenue, Suite 5000
Atlanta, GA 30303
Tel: 470-898-8711
hpierre@atlantaga.gov

/s/ Harold D. Melton
Harold D. Melton
Georgia Bar No. 501570
Charles E. Peeler
Georgia Bar No. 570399
Kimberly D. Eason
Georgia Bar No. 428618
Elizabeth P. Waldbeser
Georgia Bar No. 430797

/s/ James E. Dearing, Jr.
James E. Dearing, Jr.
Georgia Bar. No.: 215090
1596 W. Cleveland Avenue, Suite 102
East Point, GA 30344
404.870.0010 / tele
jdearing@jed-law.com

*Attorneys for Defendants Officer Grubbs
And City of Atlanta.*

**TROUTMAN PEPPER HAMILTON
SANDERS LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
Facsimile: (404) 885-3900
harold.melton@troutman.com
charles.peeler@troutman.com
kimberly.eason@troutman.com
elizabeth.waldbeser@troutman.com

## **Local Rule 7.1D Certification**

By signature below, counsel certifies that the foregoing document was prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

*/s/ Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing **Defendant Officer J. Grubbs' Motion for Relief from Judgment or, in the Alternative, Remittitur of Punitive Damages Award** was electronically filed with the Clerk of Court using the CM/ECF system, which serves notification of such filing to all counsel of record.

This 23rd day of December, 2022.

*/s/ Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570