# EXHIBIT 1

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                           For rules and forms visit
Clerk of Court                                                          www.ca11.uscourts.gov

December 01, 2022

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number:  22-13261-HH
Case Style:  Keith Edwards v. J. Grubbs
District Court Docket No:  1:19-cv-02047-SCJ

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The briefing schedule in the referenced appeal(s) is hereby rescinded for the following reason(s):

Pending FRAP 4 Motion (See docs. 178-79, 187) in District Court stops briefing.

When the above matter(s) is resolved, the clerk will issue a notice advising counsel and the parties of the new schedule for filing briefs in this appeal.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Christopher Bergquist, HH
Phone #: 404-335-6169

MOT-2 Notice of Court Action