UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA GEORGIA

| | |
|---|---|
| KEITH EDWARDS as Guardian and Conservator for JERRY BLASINGAME, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER J. GRUBBS, #6416, and CITY OF ATLANTA/ ATLANTA POLICE DEPARTMENT <br><br> Defendants. | . <br> . <br> . <br> . <br> . <br> Case No. 1:19-cv-2047-SCJ <br> . <br> . <br> . <br> . <br> . <br> . <br> . <br> . |

## SUGGESTION OF DEATH

On Thursday, September 7, 2023, Mr. Jerry Blasingame died as a result of complications from his permanent and serious injuries, namely quadriparesis. The Fulton County Medical Examiner took custody of Mr. Blasingame's body and, based on information and belief, have already conducted an autopsy. Pursuant to Fed. R. Civ. P. 25, Plaintiff will shortly file the appropriate motion with the court in order to substitute the proper party. Specifically, Keith Edwards, who is currently listed as guardian and conservator for Mr. Blasingame, will ultimately be substituted as the administrator of Mr. Blasingame's estate when the appropriate paperwork is

finalized in the Walker County Georgia Probate Court.  Plaintiff is aware that this case is currently closed in the District Court but is attempting to ensure that each Court involved in this matter is aware of Mr. Blasingame's death.  Plaintiff has likewise filed suggestions of death in each of the open appeals in the United States Court of Appeals for the Eleventh Circuit

                Respectfully submitted,

                **JOHNSON LAW, PLC**

            By: */s/ Vernon R. Johnson*
                 VERNON (VEN) R. JOHNSON
                 (MI Bar P39219)
                 Attorneys for Plaintiff
                 535 Griswold, Suite 2600
                 Detroit, MI 48226
                 (313) 324.8300
                 vjohnson@venjohnsonlaw.com

Dated: October 5, 2023

## CERTIFICATE OF SERVICE

On October 5, 2023, the undersigned caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all parties having appeared in this matter, through their counsel of record, via the Court's CM/ECF electronic filing system.

            */s/   Liza Dodson*
             Liza Dodson, Paralegal
             JOHNSON LAW, PLC