**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| KEITH EDWARDS, as personal representative for the Estate of JERRY BLASINGAME,<br><br>        Plaintiff,<br><br>v.<br><br>OFFICER J. GRUBBS, #6416, and CITY OF ATLANTA/ATLANTA POLICE DEPARTMENT,<br><br>        Defendants. | CIVIL ACTION NO.<br>1:19-cv-02047-SCJ |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.1(E)(4), Defendant Officer J. Grubbs hereby provides notice that Harold D. Melton is withdrawing from this action. Mr. Melton is departing from Troutman Pepper Locke. Officer Grubbs will continue to be represented in this action by the following:

| | |
|---|---|
| James E. Dearing, Jr. | Charles E. Peeler |
| Georgia Bar. No.: 215090 | Georgia Bar No. 570399 |
| 1596 W. Cleveland Avenue, Suite 102 | Troutman Pepper Locke, LLP |
| East Point, GA 30344 | 600 Peachtree Street, N.E., Suite 3000 |
| 404.870.0010 / tele | Atlanta, GA 30308 |
| jdearing@jed-law.com | (404) 885-3000 |
| | charles.peeler@troutman.com |

Respectfully submitted this 1st day of July, 2026.

*/s/ Harold D. Melton*

Harold D. Melton, GA Bar No. 501570

Charles E. Peeler, GA Bar No. 570399

**TROUTMAN PEPPER LOCKE LLP**

600 Peachtree Street, N.E., Suite 3000

Atlanta, GA 30308

Telephone: (404) 885-3000

Facsimile: (404) 885-3900

harold.melton@troutman.com

charles.peeler@troutman.com

James E. Dearing, Jr.

Georgia Bar. No.: 215090

1596 W. Cleveland Avenue, Suite 102

East Point, GA 30344

404.870.0010 / tele

jdearing@jed-law.com

*Attorneys for Defendants Officer Grubbs
And City of Atlanta.*

## FONT CERTIFICATION

Pursuant to Local Rule 7.1D, I hereby certify that the above was prepared using Times New Roman 14-point type as provided in Local Rule 5.1(C).

*/s/ Harold D. Melton*
Harold D. Melton
Georgia Bar No. 501570

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 1, 2026, the above was filed electronically with the Clerk of the Court using the CM/ECF system which sent notification to all counsel of record.

/s/ Harold D. Melton
Harold D. Melton
Georgia Bar No. 501570